# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STEVE BUTLER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 13-0571-CG-M |
| LYNN SMITH, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE and ORDERED** this 12th day of March, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE